# CORPORATE RESOLUTION
# AUTHORIZING FILING OF BANKRUPTCY CASE

WHEREAS, KOLESZAR FARM LLC, a Pennsylvania limited liability company ("the Company"), has determined that it is in its best interests to file a Chapter 11 bankruptcy case to reorganize its financial affairs;

NOW THEREFORE, it is hereby RESOLVED that the Company, through its Member, __Judith M. Antunes__, has authorized the filing of a bankruptcy case on behalf of the Company;

AND BE IT FURTHER RESOLVED, that __Judith M. Antunes__, Member of the Company, was and is hereby authorized to execute the bankruptcy petition and other documents to prosecute a bankruptcy case and to take or cause to be taken any actions as may be necessary or desirable to secure for the Company any right to relief under the bankruptcy laws, and that it agrees to employ Regional Bankruptcy Center of Southeastern PA, P.C., with attorney, Roger V. Ashodian, as its lead attorney to assist the Company in carrying out this Resolution.

KOLESZAR FARM LLC

BY: __/s/ Judith M. Antunes__
__Judith M. Antunes__, Member

**Sworn to and subscribed before me this** 11th **day of** June **, 2021.**

__/s/ Joelene Campbell__
**Notary Public**

**My Commission Expires:** __4-24-2022__

(SEAL)