**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Chapter: 11

    Koleszar Farm LLC

        Debtor(s)   Bankruptcy No: 21–11653–amc

*O R D E R*

**AND NOW,** this 14th day of June 2021 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 6/18/21 Schedule A/B due 6/25/21 Schedule D due 6/25/21 Schedule E/F due 6/25/21 Schedule G due 6/25/21 Schedule H due 6/25/21
    Statement of Corporate Ownership due 6/25/21
    20 Largest Unsecured Creditors due 6/25/21
    Small Business Balance Sheet due 6/25/21
    Small Business Cash Flow Statement due 6/25/21
    Equity Security Shareholder List due 6/25/21
    Statement of Financial Affairs due 6/25/21
    Small Business Statement of Operations due 6/25/21
    Small Business Tax Return due 6/25/21
    Summary of Certain Liabilities B206 due 6/25/21

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

11
Form 130