**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

KOLESZAR FARM LLC                    :    CHAPTER 11
                                     :
    Debtor.                          :    BANKRUPTCY NO. 21-11653-amc

**ORDER**

AND NOW, upon consideration of the Debtor's Application for an Extension of Time to File Creditor Address Matrix, Schedules AB – H, Statement of Financial Affairs, Statistical Summary, Statement of Corporate Ownership, List of Equity Security Holders, 20 Largest Unsecured Creditors, and Any Other Bankruptcy Documents Due, it is hereby **ORDERED** that an extension is granted until July 9, 2021, to file the following documents on behalf of the Debtor, along with any other required documents due, per the Order Requiring Documents entered on June 11, 2021:

Matrix List of Creditors
Statement of Corporate Ownership
20 Largest Unsecured Creditors
Schedules A/B-H
Statement of Financial Affairs
Statistical Summary of Certain Liabilities Form B206
List of Equity Security Holders

BY THE COURT:

_____

**Date: June 28, 2021**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE