United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Koleszar Farm LLC  
    Debtor

Case No. 21-11653-amc  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Koleszar Farm LLC, 348 Pineville Road, Newtown, PA 18940-3108 |
| 14614509 | + George M. Conway, Esq., Office of the United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com |
| ROGER V. ASHODIAN | on behalf of Debtor Koleszar Farm LLC ecf@schollashodian.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| **KOLESZAR FARM LLC** | : | **CHAPTER 11** |
| | : | |
| Debtor. | : | **BANKRUPTCY NO. 21-11653-AMC** |

**AMENDED ORDER**

AND NOW, upon consideration of the Debtor's Application for an Extension of Time to File Creditor Address Matrix, Schedules AB – H, Statement of Financial Affairs, Statistical Summary, Statement of Corporate Ownership, List of Equity Security Holders, 20 Largest Unsecured Creditors, and Any Other Bankruptcy Documents Due, it is hereby **ORDERED** that an extension is granted until July 9, 2021, to file the following documents on behalf of the Debtor, along with any other required documents due, per the Order Requiring Documents entered on June 11, 2021:

Matrix List of Creditors
Statement of Corporate Ownership
20 Largest Unsecured Creditors
Schedules A/B-H
Statement of Financial Affairs
Statistical Summary of Certain Liabilities Form B206
List of Equity Security Holders
Small Business Balance Sheet
Small Business Cash Flow Statement
Small Business Statement of Operations
Small Business Tax Return

BY THE COURT:

**Date: June 30, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE