*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Koleszar Farm LLC
    Debtor(s)

Case No: 21–11653–amc
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Extend time to File Matrix, Schedules, Statements, and related bankruptcy documents Filed by Koleszar Farm LLC Represented by ROGER V. ASHODIAN (Counsel).

on: 7/21/21

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date: 7/14/21

Timothy B. McGrath
Clerk of Court

29 – 27
Form 167