**Fill in this information to identify the case:**

Debtor name: Koleszar Farm LLC

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number (If known): 21-11653-amc    Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease<br>Debtor is Lessor | Manuel and Judith Antunes<br>348 Pineville Road<br>Newtown, PA  18940 |
|---|---|---|---|
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Koleszar Farm LLC  
     Name

Case number (*if known*) 21-11653-amc

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  
**State what the contract or lease is for and the nature of the debtor's interest**  
**State the term remaining**  
**List the contract number of any government contract**

(Seven additional blank entries follow, each structured identically with fields for contract/lease description, term remaining, and government contract number.)

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     page ___ of ___