**Fill in this information to identify the case:**

Debtor name: Koleszar Farm LLC

United States Bankruptcy Court for the: Eastern  District of PA
(State)

Case number (If known): 21-11653-amc

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors  12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Manuel and Judith Antunes | 348 Pineville Road, Newtown, PA 18940 | Wilmington Trust Nat'l Assoc. | ☒ D  ☐ E/F  ☐ G |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.6 | | | | ☐ D  ☐ E/F  ☐ G |

Official Form 206H    **Schedule H: Codebtors**    page 1 of ___

Debtor   Koleszar Farm LLC
         Name

Case number (*if known*) 21-11653-amc

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.__ | Street / City State ZIP Code | | ❑ D  ❑ E/F  ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D  ❑ E/F  ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D  ❑ E/F  ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D  ❑ E/F  ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D  ❑ E/F  ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D  ❑ E/F  ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D  ❑ E/F  ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D  ❑ E/F  ❑ G |

Official Form 206H                **Schedule H: Codebtors**                page ___ of ___