**Fill in this information to identify the case:**

Debtor name __Koleszar Farm LLC_____

United States Bankruptcy Court for the: __Eastern_____  District of __PA___
(State)

Case number (If known): __21-11653-amc__

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................... $900,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................... $900,000.00

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.......... $ unknown

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................. $0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... + $547.42

4. **Total liabilities**...........................................................................................................  $ unknown
    Lines 2 + 3a + 3b