IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KOLESZAR FARM LLC** | : | CHAPTER 11 |
| | : | |
| **Debtor.** | : | BANKRUPTCY NO. 21-11653-amc |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, Debtor, Koleszar Farm LLC, by and through undersigned counsel, certifies that the following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests:  **None**

        Respectfully submitted,
        REGIONAL BANKRUPTCY CENTER OF
        SOUTHEASTERN PA, P.C., by:

        _____
        Roger V. Ashodian
        Attorney ID #42586
        101 West Chester Pike, Suite 1A
        Havertown, PA  19083
        (610) 446-6800

        Attorney-Applicant for Debtor