IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**KOLESZAR FARM LLC**          :   CHAPTER 11
:
   Debtor.                       :   BANKRUPTCY NO. 21-11653-amc

### LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF CORPORATION OR PARTNERSHIP

List of Equity Security Holders as defined in 11 U.S.C. §§101(16) and 101(17): **None**

On behalf of the Debtor, Koleszar Farm LLC, as a member of the Debtor, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders, and that it is true and correct to the best of my information and belief.

KOLESZAR FARM LLC, by:

Date: 7/21/21

_____
Gabrianna Antunes, Member