IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

KOLESZAR FARM LLC    : CHAPTER 11
            :
  Debtor.      : BANKRUPTCY NO. 21-11653-amc

**STATEMENT PURSUANT TO 11 U.S.C. §1116(b)**

Koleszar Farm LLC, hereby states under penalty of perjury that no balance sheet or statement of operations has been prepared, and no Federal tax return has been filed.  A projected cash flow statement was prepared and will be filed with the Court.

KOLESZAR FARM LLC, by:

Date: 7/21/21

Gabrianna Antunes, Member