**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Koleszar Farm LLC <br>       Debtor(s) | CHAPTER 11 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 <br>       Movant <br>   vs. <br> Koleszar Farm LLC <br>       Debtor(s) <br> Manuel A. Antunes <br> Judith M. Antunes <br>       Co-Debtor(s) <br> George M. Conway <br>       Trustee | NO. 21-11653 AMC |

**WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2'S EXHIBIT LIST**

  Please accept Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2's (hereinafter referred to as Movant) Exhibit List with regards to its Motion for *In Rem* Relief from Stay *nunc pro tunc*, scheduled for a hearing on November 4, 2021.

  M1 – The Bucks County Court of Common Pleas foreclosure docket, 2017-05373, WILMINGTON TRUST NATIONAL ASSOCIATION v. Antunes, accessed on October 25, 2021

  M2 – The April 9, 2021 Petition to Postpone Sheriff's Sale

  M3 – The June 11, 2021 Petition to Postpone Sheriffs Sale

  M4 – The June 11, 2021 Court Order denying the June 11, 2021 Petition

  M5 – The April 8, 2021 Deed

| | |
|---|---|
| Date: October 28, 2021 | **/s/ Rebecca A. Solarz, Esquire** <br> Rebecca A. Solarz, Esquire <br> KML Law Group, P.C. <br> 701 Market Street, Suite 5000 <br> Philadelphia, PA 19106 <br> Phone: (215)-627-1322 <br>   Attorneys for Movant/Applicant |