THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Koleszar Farm LLC<br>　　　　　　Debtor(s) | CHAPTER 11 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>　　　　　　Movant<br>　　vs.<br>Koleszar Farm LLC<br>　　　　　　Debtor(s)<br><br>Manuel A. Antunes<br>Judith M. Antunes<br>　　　　　　Co-Debtor(s)<br>George M. Conway<br>　　　　　　Trustee | NO. 21-11653 AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Quash Subpoena *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be held on November 4, 2021 at 10:00 AM remotely by video conference pursuant to the Scheduling Order previously issued on September 21, 2021.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, Debtor, and the individual Respondent(s) (if any), by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** __November 3, 2021_____. If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraph 4 above as applicable.

Date: November 3, 2021

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE