**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Koleszar Farm LLC <br>                     Debtor(s) | CHAPTER 11 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 <br>                     Movant <br>   vs. <br>Koleszar Farm LLC <br>                     Debtor(s) <br>George M. Conway <br>                     Trustee | NO. 21-11653 AMC |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the Motion to Quash of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 and the Expedited Notice of Hearing on the below parties via e-mail on November 3, 2021. Pursuant to the Order, I also left voicemails for both parties as to the Motion and Notice of Hearing.

Attorney for Debtor(s)
Roger V. Ashodian, Esq.
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Ste. 1A
Havertown, PA 19083

Trustee
GEORGE M. CONWAY
United States Trustee
200 Chestnut Street
Suite 502, U S Customs House
Philadelphia, PA 19106

Date: November 3, 2021

                                                /s/ Rebecca A. Solarz, Esq.
                                                _____
                                                Rebecca A. Solarz, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                Phone: (215) 627-1322 Fax: (215) 627-7734
                                       Attorneys for Movant/Applicant