## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Koleszar Farm LLC<br>　　　　　　　　Debtor(s) | CHAPTER 11 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>　　　　　　　　Movant<br>　　vs.<br>Koleszar Farm LLC<br>　　　　　　　　Debtor(s)<br>Manuel A. Antunes<br>Judith M. Antunes<br>　　　　　　　　Co-Debtor(s)<br>George M. Conway<br>　　　　　　　　Trustee | NO. 21-11653 AMC<br><br>11 U.S.C. Sections 362 |

### ORDER

　　　　AND NOW, this　　　day of　　　　　　, 2021, upon consideration of the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 for *nunc pro tunc in rem* Relief from the Automatic Stay and co-debtor stay (as applicable) pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

　　　　ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and the Automatic Stay is hereby ANNULLED; and it is hereby

　　　　FURTHER ORDERED AND DECREED that Sheriff Sale held on June 11, 2021 as to the Property located at 348 Pineville Road, Newtown, PA 18940 did not violate any automatic stay, and it is

　　　　FURTHER ORDERED AND DECREED that Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, and its successors and assigns, is hereby granted prospective ongoing in rem relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 348 Pineville Road, Newtown, PA 18940 ("Property); and it is hereby

　　　　FURTHER ORDERED AND DECREED that the stay as provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 4, 2021**　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.