# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KOLESZAR FARM LLC** | : | **CHAPTER 11** |
| | : | |
| Debtor. | : | **BANKRUPTCY NO. 21-11653-amc** |

## ORDER

**AND NOW**, upon consideration of the Debtor's Application for Appointment of Counsel for the Debtor, Declaration of Judith M. Antunes, and Verified Statement of Proposed Counsel and after hearing of November 4, 2021, it is hereby **ORDERED** that the Application for Appointment by Regional Bankruptcy Center of Southeastern PA, P.C., and attorney Roger V. Ashodian is DENIED for reasons stated in open Court.

BY THE COURT:

**Date: November 4, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE