**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Koleszar Farm LLC<br>　　　　　　　　Debtor(s) | CHAPTER 11 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>　　　　　　　　Movant<br>　　vs.<br>Koleszar Farm LLC<br>　　　　　　　　Debtor(s)<br>Manuel A. Antunes<br>Judith M. Antunes<br>　　　　　　　　Co-Debtor(s)<br>George M. Conway<br>　　　　　　　　Trustee | NO. 21-11653 AMC |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon review of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2's Motion to Quash Subpoena issued by Debtor, and any response thereto, it is

ORDERED THAT: the Subpoena issued by Debtor towards Michael McKeever, Esq., dated October 28, 2021, is hereby QUASHED, and it is

FURTHER ORDERED THAT reasonable attorney's fees and costs shall be awarded to Movant by Debtor for this Motion.

**Date: November 4, 2021**

_____
United States Bankruptcy Judge.