**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| KOLESZAR FARM, LLC. | : |
|  | : Case No. 21-11653 (AMC) |
| Debtor. | : |

### ORDER DISMISSING CASE AND RETAINING JURISDICTION
### AND GRANTING OTHER RELIEF

AND NOW, to wit, this ___4th___ day of November, 2021, in consideration of the United States Trustee's Motion to Dismiss, and after hearing in open court, and for the reasons stated on the record, it is

ORDERED, that the Motion is GRANTED, and that this case is dismissed pursuant to 11 U.S.C. § 1112(b),

AND ORDERED that the parties shall have 60 days from the date hereof to file a motion for sanctions against the Debtor and/or its counsel, and in the event thereof, this Court shall retain jurisdiction to hear and determine any sch motions

IT IS FURTHER ADJUDGED that the debtor is indebted to the United States

Trustee in the sum of $250.00 for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge