UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath  
Clerk

Telephone  
(215) 408-2800

December 16, 2021

Re:  Koleszar Farm, LLC  
Bankruptcy No.: 21-11653AMC  
Civil Action No. 21-cv-5145

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered  by the Honorable .

Notice of appeal filing fee (x)paid    ()not paid

(x) Designation of Record on Appeal Filed

* Transcripts for hearings of July 14, 2021, July 21, 2021 and August 25, 2021 not

part of court record. Transcript of Hearing held November 4, 2021 restricted until March

9, 2022.

() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .

() Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .

() Objections filed .

() Report and recommendation entered  by the Honorable .

() Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .() Other:

Timothy B. McGrath  
Clerk

Kindly acknowledge receipt on the copy of the letter provided.

By: Paulette Proskar  
Deputy Clerk  
For the Court

Received Above material or record tile this _____ day of _____, 20___.

Civil Action No. _____    Signature:_____

Miscellaneous No. _____    Date: _____

Assigned to Judge _____

BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| Koleszar Farm, LLC : | |
| : | Bankruptcy No. 21-11653AMC |
| : | Adversary No. |
| : | Civil No. 21-cv-5145 |

## CERTIFICATE OF APPEAL FROM ORDERS OF
## THE BANKRUPTCY JUDGE DATED NOVEMBER 4, 2021
## ENTERED ON THE DOCKET NOVEMBER 4, 2021

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed November 18, 2021and certify that the above proceeding was properly before the Honorable Ashely M. Chan, Bankruptcy Judge.

For the Court

Timothy B. McGrath
Clerk

by: Paul A. Puskar
Deputy Clerk

**Counsel of Record**

Michael Antonio Giaramita, Jr., Esq.
Giaramita Law Offices, PC
157 Little Conestoga Road 2nd Floor
Chester Springs, PA 19425
Counsel for Appellant Koleszar Farm LLC

Roger V Ashodian, Esq.
Regional Bankruptcy Center of SE PA
101 West Chester Pike Ste. 1A
Havertown, PA 19083
Prospective Counsel for Debtor

Koleszar Farm, LLC
348 Pineville Road
Newtown, PA 18940
Debtor/Appellant

Rebecca Ann Solarz, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
Counsel for Wilmington Trust, National Association

Wilmington Trust, National Association
c/o Rebecca A. Solarz, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Creditor

George M Conway, Esq.
United States Trustee
200 Chestnut Street
Suite 502, US Customs House
Philadelphia, PA 19106
United States Trustee