UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| KOLESZAR FARM, LLC, | : | |
| | : | Bankruptcy No. 21-11653-AMC |
| *Debtor.* | : | |
| | : | |

**APPELLEE UNITED STATES TRUSTEE'S DESIGNATION OF
ADDITIONAL ITEMS FOR RECORD ON APPEAL**

Andrew R. Vara, United States Trustee for Regions 3 and 9, pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), designates the following additional items to be included in the record on appeal:

| Docket No. | Date | Description |
|---|---|---|
| N/A | 7/14/2021 | Transcript of July 14, 2021 Hearing |
| N/A | 7/21/2021 | Transcript of July 21, 2021 Hearing |
| 58 | 8/18/2021 | Certificate of No Response to Motion to Dismiss by United States Trustee |
| N/A | 8/25/2021 | Transcript of August 25, 2021 Hearing |
| N/A | 11/4/2021 | Transcript of November 4, 2021 Hearing |

December ___, 2021

Andrew R. Vara,
U.S. Trustee for Regions 3 and 9

*/s/ George M. Conway*

George M. Conway, Esq.
Trial Attorney
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106
Telephone: (215) 597-8418

2