# **DECLARATION OF COUNSEL, MICHAEL A. GIARAMITA, JR.**

I, Michael A. Giaramita, Jr., being duly sworn according to law, depose and state as follows:

1. I am the founder and sole shareholder of Giaramita Law Offices, P.C.

2. I agreed to accept a referral of the Koleszar Farm LLC case for a bankruptcy appeal from a colleague, Roger V. Ashodian, whom I have known socially since before becoming a practicing attorney, and has referred cases to my firm in the past.

3. I filed the Notice of Appeal on November 18, 2021.

4. I filed the Designation of Items for Record and Statement of Issues on Appeal on December 3, 2021.

5. A briefing schedule has not yet been set in the U.S. District Court.

6. I first learned of the entry of a Writ of Possession in a Bucks County ejectment case approximately two weeks ago, and some time thereafter determined that a stay pending appeal would be necessary.

7. At that time, I also learned that the Debtor/Appellant had continued to make all mortgage payments in the amount of $6,866.20 monthly each month since the November 4, 2021 Orders for which I filed the appeal on behalf of the Debtor, and that each payment was accepted and negotiated by the mortgage servicer for Wilmington Trust, Fay Servicing, LLC.

8. Upon the decision to file a Motion for Stay Pending Appeal I requested certain information from the Debtor and former counsel, Regional Bankruptcy Center of Southeastern PA, P.C., whose appointment as counsel had been denied on November 4, 2021.

9. The Debtor provided me with the Writ of Possession and certain payment information, but I was also seeking information from the early part of the case from Mr. Ashodian.

10. Unfortunately, Mr. Ashodian, who provided some information during the week of April 4, 2022, was unable to provide all the information I needed as background for the Motion by the time he left the country all of last week.

11. I have had a busy Court schedule this week, including four separate hearings across three different counties, and an evening seminar. Mr. Ashodian also was unable to provide the information I needed immediately upon his return.

12. Upon completion of the motion I still had to consult with opposing counsel, by rule, regarding for the need for a contested motion before finishing and filed the Motion for Stay Pending Appeal this morning.

                              **Michael A. Giaramita, Jr.**