**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 21-11653-AMC |
| | : | |
| KOLESZAR FARM LLC, | : | Chapter 11 |
| | : | |
| Debtor | : | |
| | : | |
| | : | |

**ORDER**

Upon consideration of the request ("Expedited Request") of Debtor/Appellant for

Expedited Consideration of the Motion of Debtor/Appellant for Stay Pending Appeal

("Motion"), it is hereby ORDERED:

1. The Expedited Request is DENIED.[1]

Date: April 21, 2022                     _____
                                          Honorable Ashely M. Chan
                                          United States Bankruptcy Judge

---

[1] On or about February 23, 2022, a Writ of Possession for the Farm was issued by the Bucks County Prothonotary and execution on the Writ of Possession is scheduled for April 22, 2022, commencing at 9:00 a.m. Given that the Debtor has known about the Writ of Possession for months and has waited until the day before execution to file the Expedited Request, the Court finds that the Expedited Request should have been filed months ago and, therefore, that the Expedited Request was filed in bad faith.