# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Koleszar Farm LLC<br>　　　　　　　Debtor(s)<br><br>Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, its successors and/or assigns<br>　　　　　　　Movant<br>　vs.<br><br>Koleszar Farm LLC<br>　　　　　　　Debtor(s)<br><br><br>　　　　　　　Trustee | CHAPTER 11<br><br><br><br>NO. 21-11653 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Motion for Sanctions of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, which was filed with the Court on or about **November 30, 2021 (Doc. No. 93)**.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: July 21, 2022